IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

#154358

Roscoe Lewis Holloway
Full name and prison number
of plaintiff(s)

v.

Jeff Fuller - Sheriff

Shirley Johnson - Jail Adm.

Randolph County Commission

Defendants

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

RECEIVED

2006 FEB -8  A 9: 24

CIVIL ACTION NO. 3:06CV117-WKW
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (X)  NO ( )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Roscoe Lewis Holloway - pro se

            Defendant(s) Sgt. Wright, Meadows and Spradlin.

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            Middle District Alabama

Case # 3:03 CV 995-T

3. Docket number _____

4. Name of judge to whom case was assigned  unk.
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  pending
   _____

6. Approximate date of filing lawsuit  8/13/03

7. Approximate date of disposition  pending

II. PLACE OF PRESENT CONFINEMENT  Kilby Correctional Facility P.O. Box 150 Mont Meigs, Al. 36057

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED
Chamber County Detention Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                   ADDRESS

1. Jeff Fuller - Sheriff - P.O. Box 329 Wedowee, Al. 36278
2. Shirley Johnson - Jail - Adm. P.O. Box 328 Wedowee, Al. 36278
3. Randolph County Commison - P.O. Box 328 Wedowee, Al. 36278
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  From July 7, 05 until December 18, 05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  plaintiff is fileing, on totality of 8th Amendment Violation.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Inadaite ventilation, Dirty showers, paint peeling from in the day room and cells, 8 commodes does not work, No light in the cells, No outside reccation, No Law Library, No buzzer to call Jailer for help, young & old in the same block together, sentenced and un-sentenced, mental ill, prisoners, vermin spiters, plambing leaking ~~GROUND TWO:~~ through ceilings, No Displinary or grievence forms or procedures, hall doors where plumbing is loose, No training for ~~SUPPORTING FACTS:~~ Jailer's, Cold food, sitting on top of cart's being pushed all over the Jail, this Jail has been condemed, Open electrical boxes, Only two meals a day sandwich at lunch, No higene, product, No sheet or mattres cover, over crowding Jail built for 36, has about 80 all time, sleeping on the floor there was moth-ball's found in the fooded, Inmute's handle the ~~GROUND THREE:~~ food there, Jail has no ~~thang~~ hospital facility, and doctor come every 3 weeks to see inmate's.

~~SUPPORTING FACTS:~~ _____

_____

_____

_____

_____

_____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

See Miller v. Carson 563 F2d 741. I'm filing this 1983 suite on behalf of past, present and future Inmate's. So they dont have to live like I did for 6 Months, It bizarre that such a situation could exist in our society. I want the court to set this Jail free of eight Amendment violations. The whole Jail filthy.

Roscoe L. Holloway
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on Jan. 31, 06
(Date)

Roscoe L. Holloway
Signature of plaintiff(s)

4