# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__   RECEIVED

\# Roscoe L. Holloway

Plaintiff

v.

Jeff Fuller - Sheriff
Shirley Johnson - Jail - Adm.
Randolph County Commission

Defendant

APPLICATION TO PROCEED   2006 FEB -8  A 9: 31
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT   DEBRA P. HACKETT, CLK
                    U.S. DISTRICT COURT
                    MIDDLE DIST.

CASE NUMBER: 3:06CV119-WKW

I, __Roscoe Lewis Holloway__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Kilby Correctional Facility.__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions. __ledger sheet on back.__

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __I Roscoe Holloway last work at Hodges Small engine, my salary per-week were $350.00 located in Roanoke, AL. 36274 # Ph. 334-863-2468 or 863-6824__

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☑ No

    If "Yes," state the total amount.  _N/A_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

    If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _wife and one child age 17 none at this time._

I declare under penalty of perjury that the above information is true and correct.

_Jan. 31, 06_
Date

_Roscoe Lewis Holloway_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

| Date | Number | Desc... | TransactionCode | Amount |
|---|---|---|---|---|
| 7/18/2005 | 1 | New ...ount | Initial Deposit - Open Account | $15.00 |
| 7/21/2005 | 2 | Com...ssary Order # 100 | Commissary Order | ($14.87) |
| 7/22/2005 | 3 | TRA... EXPRESS MO# 5409526689 | Deposit | $10.00 |
| 7/28/2005 | 4 | Com...ssary Order # 101 | Commissary Order | ($9.84) |
| 8/3/2005 | 5 | 46911...8106 traveler | Deposit | $30.00 |
| 8/4/2005 | 6 | Com...ssary Order # 102 | Commissary Order | ($29.38) |
| 8/10/2005 | 7 | 54... traveler | Deposit | $20.00 |
| 8/10/2005 | 8 | 8/... | DR Fee | ($5.00) |
| 8/11/2005 | 9 | Co... Order # 103 | Commissary Order | ($15.81) |
| 8/18/2005 | 10 | Co... Order # 104 | Commissary Order | $0.00 |
| 8/24/2005 | 11 | T... ELLS EXPRESS 5451000225 | Deposit | $20.00 |
| 8/25/2005 | 12 | Co... Order # 105 | Commissary Order | ($18.97) |
| 9/1/2005 | 13 | Com... Order # 106 | Commissary Order | ($1.00) |
| 9/7/2005 | 14 | TP... RS EXPRESS 5451001692 | Deposit | $100.00 |
| 9/7/2005 | 15 | A... ...e Fee | Administrative Fee | $0.00 |
| 9/8/2005 | 16 | Co... Order # 107 | Commissary Order | ($84.27) |
| 9/15/2005 | 17 | Co... Order # 108 | Commissary Order | ($12.83) |
| 9/22/2005 | 18 | Co... Order # 109 | Commissary Order | ($3.01) |
| 10/4/2005 | 19 | | | $0.00 |
| 10/4/2005 | 20 | cre... ...en beef on order 09-22-200 | Commissary Order - Credit for Item TNA | $0.45 |
| 10/5/2005 | 21 | TR... ...RESS MO# 4691150296 | Deposit | $30.00 |
| 10/6/2005 | 22 | C... Order # 111 | Commissary Order | ($27.72) |
| 10/13/2005 | 23 | C... Order # 112 | Commissary Order | ($2.60) |
| 10/19/2005 | 24 | T... RS EXPRESS 5480316110 | Deposit | $10.00 |
| 10/20/2005 | 25 | C... Order # 113 | Commissary Order | ($9.07) |
| 10/26/2005 | 26 | tra... ress 4748718163 | Deposit | $50.00 |
| 10/27/2005 | 27 | Com... ssa... Order # 114 | Commissary Order | ($39.09) |
| 11/1/2005 | 28 | ca... | Deposit | $20.00 |
| 11/3/2005 | 29 | C... Order # 115 | Commissary Order | ($31.83) |
| 11/7/2005 | 30 | 5... 3 traveler | Deposit | $100.00 |
| 11/10/2005 | 31 | C... Order # 116 | Commissary Order | ($44.65) |
| 11/17/2005 | 32 | C... Order # 117 | Commissary Order | ($26.58) |
| 11/22/2005 | 33 | C... Order # 118 | Commissary Order | ($24.87) |
| 12/1/2005 | 34 | C... Order # 119 | Commissary Order | ($3.64) |
| 12/8/2005 | 35 | Co... Order # 120 | Commissary Order | ($0.39) |
| 12/22/2005 | 36 | 5... traveler | Deposit | $10.00 |
| 12/22/2005 | 37 | 1... | Medical Charge | ($1.00) |
| 12/22/2005 | 38 | 1... | Medical Charge | ($2.00) |
| 12/22/2005 | 39 | 1... | DR Fee | ($5.00) |
| 12/29/2005 | 40 | C... ...der # 123 | Commissary Order | ($1.96) |
| 1/4/2006 | 41 | 5... ...traveler | Deposit | $15.00 |
| 1/4/2006 | 42 | 1... | Medical Charge | ($1.00) |
| 1/5/2006 | 43 | C... ...der # 124 | Commissary Order | ($12.24) |
| 1/11/2006 | 44 | 0... postal mo | Deposit | $20.00 |
| 1/12/2006 | 45 | C... Order # 125 | Commissary Order | ($21.56) |
| 1/12/2006 | 46 | 5... | Adjustment/Debit | ($0.10) |
| 1/18/2006 | 47 | 0... 3 postal mo | Deposit | $20.00 |
| | | | Inamte Total | $20.17 |