IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 FEB 22 A 10: 08

Feb. 21, 06

Roscoe L. Holloway pro-se )
    plaintiff, ) 306-CV-119-WKW
    V. ) (WO)
Jeff Fuller-Sheriff, et al., )
    Defendants. )
    )

## MOTION FOR EXTENSION OF TIME

Come now the plaintiff in the above styled cause and moives this Honorable Court for extension of time to file Objections to the said recommendation of the Magistrate Judge's for the case at bar as grounds therefore plaintiff are in need of this additional time to fully respond to the Magistrate Judger Orders. plaintiff have not previously requested an extension of time in this case.

---

Dear clerk:     (WO)
    There is an **error** in the case at bar. # 306-CV-119-WKW I Roscoe L. Holloway file this 42 U.S.C. 1983 action against Randolph County Sheriff Jeff Fuller, et al., Not Chamber County. The case at bar for Chamber is, Holloway v. Nell Wright, et al., Case # 3:03 CV 995-T.

Respectfully submitted
Roscoe L. Holloway