IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ROSCOE LEWIS HOLLOWAY, #154 358     *

   Plaintiff,     *

      v.     *     3:06-CV-119-WKW

JEFF FULLER - SHERIFF, *et al.*,     *

   Defendants.     *

_____

**ORDER**

For good cause, it is ORDERED that the court's February 15, 2006 Recommendation be and is hereby CORRECTED to reflect that Sheriff Jeff Fuller is the Sheriff of Randolph County, Alabama, rather than Chambers County, Alabama, as inadvertently stated in the Recommendation. (*See* Doc. No. 3, pg. 1.)

Done, this 23rd day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE