IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ROSCOE LEWIS HOLLOWAY, #154 358　　\*

　　Plaintiff,　　　　　　　　　　　　\*

　　　　v.　　　　　　　　　　　　　　\*　　　3:06-CV-119-WKW

JEFF FULLER - SHERIFF, *et al.*,　　　\*

　　Defendants.　　　　　　　　　　　\*

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 4) is GRANTED; and

2. Plaintiff is GRANTED an extension from February 28, 2006 to March 10, 2006 to file his objections to the February 15, 2006 Recommendation of the Magistrate Judge.

Done, this 23rd day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE