IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

3/2/06

#154358
Roscoe L. Holloway, pro. se
  plaintiff,
        v.
Jeff Fuller-sheriff, et al.,
  Defendants.

3:06-CV-119-WKW
(WO)

## MOTION FOR EXTENSION OF TIME

Come now plaintiff in the above style cause and moves this Honorable Court for and additional extension of time of 30 days for the following reason.

1. plaintiff was granted motion for extension of time to file his objection to the February 15, 2006 Recommendation of the Magistrate Judge.

2. plaintiff has a change of address, and did not received his Motion until February 28, 2006 at Limestone Correctional Facility.

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

3/2/06

3. plaintiff is testing here for D.o.C.

#3:06-CV-119-WKW
(WO)

4. plaintiff are in need of this additional time to fully respond to the case at bar.

Wherefore, premises considered plaintiff respectfully request this Honorable Court grant his Motion for extension of time to file his written objection to the proposed findings and recommendations in the Magistrate Judge's, Of 30 days.

Respectfully submitted,

Roscoe L. Holloway.

Roscoe L. Holloway
Limestone Correctional Facility
28779 Nick Davis Rd.
Harvest, Al. 35749