IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| ROSCOE LEWIS HOLLOWY, #154 358 | * | |
| Plaintiff, | * | |
| v. | * | 3:06-CV-119-WKW |
| JEFF FULLER - SHERIFF, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Second Motion for Extension of Time, and for good cause, it is ORDERED that:

1.  Plaintiff's Motion for Extension of Time (Doc. No. 8) is GRANTED; and

2.  Plaintiff is GRANTED an extension from March 10, 2006 to March 17, 2006 to file his objections to the February 15, 2006 Recommendation of the Magistrate Judge.

**NO** further requests for additional time to file objections shall be entertained by the court.

Done, this 8th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE