Roscoe Lewis Holloway
AIS # 154358 - Dorm #8
LCF - 28779 Nick Davis Road
Harvest, Alabama 35749-7009

Date: March 6th, 2006

REF: NOTICE OF CHANGE OF ADDRESS in both the cases entitled Roscoe Lewis Holloway V Jeff Fuller, et... al, case number 3:06-CV-119-WKW and Roscoe Lewis Holloway V Sgt. Nell Wright, et... al, case number, CV-3:03-CV-995 MHT.

TO: The Clerk For The U.S. District Court
For The Middle District of Alabama
P.O. Box 711
Montgomery, Alabama 36101-0711

Dear Clerk,

I hereby give notice of my change of address in both case numbers, 3:06-CV-119-WKW and 3:03-CV-995 MHT. Would you please change your mailing addresses in these cases for me to:

Roscoe Lewis Holloway
AIS # 154358 — Dorm #8
LCF - 28779 Nick Davis Road
Harvest, Alabama 35749-7009

So as to assure that I promptly receive documents in my cases.

Thank you,
Roscoe L. Holloway
Roscoe Lewis Holloway
Plaintiff Pro Se.