IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSCOE LEWIS HOLLOWAY, # 154358, )<br>　)<br>　Plaintiff, )<br>　)<br>v. )<br>　)<br>JEFF FULLER, *et al.*, )<br>　)<br>　Defendants. ) | CASE NO. 3:06-CV-119-WKW<br>(WO) |

## **ORDER**

On February 15, 2006, the Magistrate Judge filed a Recommendation (Doc. # 3) in this case, finding that the plaintiff's complaint is due to be dismissed as moot prior to service of process. The plaintiff filed an objection on March 20, 2006 (Doc. # 11).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1.　The plaintiff's objection is OVERRULED.

2.　The Recommendation of the Magistrate Judge is ADOPTED.

3.　The plaintiff's complaint is DISMISSED with prejudice as moot.

An appropriate judgment will be entered.

DONE this the 6th day of April, 2006.

　　　　　　　　　　　　　　　　　　／s／　W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE