IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ROSCOE LEWIS HOLLOWY, #154 358     *

    Plaintiff,     *

    v.     *     3:06-CV-119-WKW

JEFF FULLER - SHERIFF, *et al.*,     *

    Defendants.     *

_____

**ORDER ON MOTION**

Pending before the court is a pleading filed by Plaintiff on May 8, 2006 which the court has construed as a Motion for Leave to File Motion to Amend Complaint. Upon review of the docket in this matter which reflects that final judgment was entered in this case on April 6, 2006, it is

ORDERED that the Motion for Leave to File a Motion to Amend Complaint (Doc. No. 15), be and is hereby DENIED.

DONE, this 11th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE