IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSCOE LEWIS HOLLOWAY, # 154358, )<br>                                                 )<br>    Plaintiff,                    )<br>                                                 )<br>    v.                          )<br>                                                 )<br>JEFF FULLER, *et al.*,               )<br>                                                 )<br>    Defendants.               ) | CASE NO. 3:06-CV-119-WKW<br>(WO) |

## **ORDER**

This case is before the Court on the plaintiff's Motion for the Court to Vacate and Set Aside Its April 6th, 2006 Court Order/Judgment (Doc. # 14), filed on May 8, 2006. Upon consideration, it is hereby ORDERED that the plaintiff's motion is DENIED.

DONE this the 15th day of June, 2006.

                                            /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE