```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003366
Cashier ID: cstrecke
Transaction Date: 01/16/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
-----------------------------------
PLRA CIVIL FILING FEE
 For: ROSCOE L HOLLOWAY
 Case/Party: D-ALM-3-06-CV-000119-001
 Amount:         $17.00
-----------------------------------
CHECK
 Remitter: LIMESTONE CORRECTIONAL FAC
 Check/Money Order Num: 3791
 Amt Tendered:  $17.00
-----------------------------------
Total Due:      $17.00
Total Tendered: $17.00
Change Amt:     $0.00
```