```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003893
Cashier ID: khaynes
Transaction Date: 02/14/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
-----------------------------------
PLRA CIVIL FILING FEE
 For: ROSCOE LEWIS HOLLOWAY
 Case/Party: D-ALM-3-06-CV-000119-001
 Amount:         $20.00
-----------------------------------
CHECK
 Check/Money Order Num: 3948
 Amt Tendered:  $20.00
-----------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```