```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004313
Cashier ID: brobinso
Transaction Date: 03/13/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
------------------------------------
PLRA CIVIL FILING FEE
 For: ROSCOE HOLLOWAY
 Case/Party: D-ALM-3-06-CV-000119-001
 Amount:         $20.00
------------------------------------
CHECK
 Check/Money Order Num: 4057
 Amt Tendered:   $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```