```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005119
Cashier ID: christin
Transaction Date: 05/15/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
------------------------------------
PLRA CIVIL FILING FEE
 For: ROSCOE L HOLLOWAY
 Case/Party: D-ALM-3-06-CV-000119-001
 Amount:         $15.00
------------------------------------
CHECK
 Remitter: LIMESTONE CORRECTIONAL FAC
 Check/Money Order Num: 4338
 Amt Tendered: $15.00
------------------------------------
Total Due:      $15.00
Total Tendered: $15.00
Change Amt:     $0.00
```