```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005920
Cashier ID: khaynes
Transaction Date: 07/28/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
------------------------------------
PLRA CIVIL FILING FEE
 For: ROSCOE LEWIS HOLLOWAY
 Case/Party: D-ALM-3-06-CV-000119-001
 Amount:         $14.60
------------------------------------
CHECK
 Check/Money Order Num: 4685
 Amt Tendered:  $14.60
------------------------------------
Total Due:      $14.60
Total Tendered: $14.60
Change Amt:     $0.00
```